# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| KEISHAWN CRANFORD,<br>　　　Plaintiff(s),<br>v.<br>STATE OF NEVADA, et al.,<br>　　　Defendant(s). | Case No.: 2:17-cv-02643-APG-NJK<br><br>**Order** |

Pending before the Court is Plaintiff's motion for an extension of time to complete discovery. Docket No. 18. A response shall be filed no later than July 19, 2019, and any reply shall be filed no later than July 25, 2019.

IT IS SO ORDERED.

Dated: July 17, 2019

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge