# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| KEISHAWN CRANFORD,<br><br>        Plaintiff(s),<br><br>v.<br><br>STATE OF NEVADA, et al.,<br><br>        Defendant(s). | Case No.: 2:17-cv-02643-APG-NJK<br><br>**ORDER**<br><br>(Docket No. 36) |

Pending before the Court is Defendants' unopposed motion to stay the dispositive motion deadline. Docket No. 36. Defendants request that the Court stay the deadline until 30 days after a settlement conference is held in this case—which Defendants have separately moved for, *see* Docket No. 37—to prevent the unnecessary use of resources. *Id.* at 1.

For good cause shown, the Court **GRANTS** Defendants' motion. Docket No. 36. The dispositive motion deadline is extended to November 2, 2020.

IT IS SO ORDERED.

Dated: August 4, 2020

                                                                                                      _____
                                                                                                      Nancy J. Koppe
                                                                                                      United States Magistrate Judge

1