# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

KEISHAWN CRANFORD,

    Plaintiff(s),

v.

STATE OF NEVADA, et al.,

    Defendant(s).

Case No.: 2:17-cv-02643-APG-NJK

**ORDER**

**[Docket No. 41]**

Pending before the Court is Defendants' unopposed motion to reschedule the settlement conference currently set for 9:30 a.m. on October 2, 2020. Docket No. 41. For good cause shown, Defendants' unopposed motion is **GRANTED**. The settlement conference is **CONTINUED** to 2:00 p.m. on October 9, 2020. The parties must submit settlement conference statements as instructed in the Court's order at Docket No. 39 by 3:00 p.m. on September 25, 2020.

IT IS SO ORDERED.

Dated: August 19, 2020

                                            Nancy J. Koppe
                                            United States Magistrate Judge