# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| KEISHAWN CRANFORD,<br>    Plaintiff(s),<br>v.<br>STATE OF NEVADA, et al.,<br>    Defendant(s). | Case No.: 2:17-cv-02643-APG-NJK<br><br>**ORDER** |

A settlement conference is currently set on October 9, 2020. *See* Docket No. 42. The parties were ordered to submit settlement conference statements by September 25, 2020. *See id.* Plaintiff has not submitted a settlement conference statement. On September 14, 2020, Plaintiff filed a notice of change of address. Docket No. 44. The Court is therefore not confident that Plaintiff received its order continuing the settlement conference date and requiring submission of a settlement conference statement.

As a result, the settlement conference is **CONTINUED** to 9:30 a.m. on November 19, 2020. No later than November 5, 2020, Plaintiff must submit a settlement conference statement by mail or as instructed in the Court's order at Docket No. 39. The Clerk of Court is **INSTRUCTED** to send this order and a copy of the Court's order at Docket No. 39 to Plaintiff's physical address, as well as the email address provided on the docket.

In light of Plaintiff being in prison, the Attorney General's Office is **INSTRUCTED** to coordinate with the undersigned's courtroom deputy, Ari Caytuero at 702-464-5566, to facilitate Plaintiff's video conference appearance at the settlement conference.

IT IS SO ORDERED.

Dated: October 2, 2020

_____
Nancy J. Koppe
United States Magistrate Judge

1