# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

KEISHAWN CRANFORD,

    Plaintiff(s),

v.

STATE OF NEVADA, et al.,

    Defendant(s).

Case No.: 2:17-cv-02643-APG-NJK

**ORDER**

[Docket No. 46]

Pending before the Court is Defendants' motion to reschedule the settlement conference. Docket No. 46. A settlement conference is currently set on November 19, 2020. *See* Docket No. 45. For good cause shown, Defendants' motion is **GRANTED**. The settlement conference is **CONTINUED** to 8:30 a.m. on December 10, 2020. The parties must submit settlement conference statements as instructed in the Court's order at Docket No. 39 by 3:00 p.m. on December 3, 2020. Defendants must arrange for Plaintiff's virtual presence at the settlement conference.

    IT IS SO ORDERED.

    Dated: November 9, 2020

                                          Nancy J. Koppe
                                          United States Magistrate Judge